

# PRIORITY® MAIL

PRIORITY MAIL
POSTAGE REQUIRED

**ES**
**ICE** ®

*Retail*

POSTAGE PAID
**$16.95**   Origin: 11552
06/25/26
3591920552-28

TY MAIL®

0 Lb 8.10 Oz
**RDC 03**

AY:  06/29/26

C060

113-3002

RACKING® #



338 6176 8616 84





**FROM:**

J Jenkins
354 Locust Street, Apt. 1
W. Hempstead, NY 11555

**TO:**

Clerks Office
United States District Court
280 South 1st Street
San Jose, CA 95113


PLASTIC BAG
how2recycle.info

# VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE