

# U.S. District Court

## California Northern - San Jose

Receipt Date: Jun 29, 2026 1:06PM

Jarrett R. Jenkins
334 Locust St
Apt 1
West Hempstead, NY 11552

Rcpt. No: 511019810    Trans. Date: Jun 29, 2026 1:06PM    Cashier ID: #MG (7364)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | | 1 | 405.00 | 405.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #55187591491 | 06/25/2026 | | $405.00 |
| | | | Total Due Prior to Payment: | | $405.00 |
| | | | Total Tendered: | | $405.00 |
| | | | Total Cash Received: | | $0.00 |

**Comments:** 26-cv-06532-NC

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.